```
                                      U.S. DISTRICT COURT
                                      DISTRICT OF VERMONT
                                            FILED
UNITED STATES DISTRICT COURT
         FOR THE                      2025 MAY 12  AM 7:42
   DISTRICT OF VERMONT
                                           CLERK
                                      BY    /s/
In Re: Tristan W. Gillespie, Esq.   Misc. No. 2:25-mc-46   DEPUTY CLERK
```

## ORDER OF SUSPENSION

On February 11, 2025, the above-named individual was suspended from the practice of law in the State of New York by the Supreme Court of the State of New York (Appellate Division, First Judicial Department) for a period of one (1) year and until further order of the court. The court has considered Attorney Gillespie's response to the Order to Show Cause wherein he asks the court to impose a four-month suspension nunc pro tunc as of July 5, 2023 with automatic reinstatement or to defer any discipline pending his appeal to the Court of Appeals for the Fourth Circuit.

This court's Attorney Discipline Rule 5(d) provides for reciprocal discipline, except in limited circumstances, if it clearly appears:

> (1) the procedure was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;
>
> (2) there was such an infirmity of proof establishing the misconduct as to give rise to the clear conviction that this [c]ourt could not, consistent with its duty, accept as final the determination of misconduct;
>
> (3) the imposition of the same discipline by this [c]ourt would result in grave injustice; or
>
> (4) the misconduct is deemed by this [c]ourt to warrant substantially different discipline.

The record before the court does not permit the court to clearly find that any of these exceptions applies.

In conformity with the Attorney Disciplinary Rules in the United States District Court for the District of Vermont, it is hereby ORDERED that said TRISTAN W. GILLESPIE, ESQ. is suspended from the practice of law before this court for a period of one (1) year commencing the date of this Order.

Dated at Burlington, in the District of Vermont, this 9th day in May 2025.

Christina Reiss, Chief Judge
United States District Court